## 15095. GRIMES v. THE STATE.

LUKE, J. The defendant was convicted of a violation of the Penal Code (1910), § 249. The evidence demanded the conviction. The assignment of error upon an excerpt from the charge of the court, in the light of the entire charge, is without merit. The court properly overruled the motion for a new trial.

       *Judgment affirmed.* *Broyles, C. J., and Bloodworth, J., concur.*

       DECIDED DECEMBER 5, 1923.

Indictment for uttering fraudulent check; from Milton superior court—Judge Blair. September 25, 1923.

*J. P. Brooke,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

---

## 15102. KIRKPATRICK v. THE STATE.

BROYLES, C. J. The accused was charged with murder and convicted of voluntary manslaughter. The verdict was authorized, under the evidence and the defendant's statement. Indeed, a verdict of murder would have been amply supported by the evidence, and the accused was fortunate in being convicted of the lesser offense.

The charge of the court was more favorable to the defendant than the law and the facts required, and was not subject to any of the exceptions taken thereto.

The overruling of the motion for a new trial was not error.

       *Judgment affirmed.* *Luke and Bloodworth, JJ., concur.*

       DECIDED DECEMBER 5, 1923.

Conviction of voluntary manslaughter; from Dodge superior court—Judge Graham. September 7, 1923.

*Roberts & Smith, J. H. Milner,* for plaintiff in error.

*M. H. Boyer, solicitor-general, C. W. Griffin, W. A. Wooten,* contra.